IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRAVIS BROWN and TERRANCE WILSON,
Each Individually and on Behalf of All
Others Similarly Situated                                         PLAINTIFFS

v.                         No. 3:18-cv-134-DPM

STRACENER BROTHERS CONSTRUCTION
CORP.; N & M CONCRETE, LLC; NATO
ISLAS ARAGON; and MIGUEL ISLAS                                    DEFENDANTS

ORDER

The joint motion to approve the proposed settlement is denied without prejudice. The parties want to settle the case before seeking class or collective certification. The proposed documents have aspects of both a collective and a class. *Compare Bradley v. Crittenden County*, No. 3:18-cv-29-DPM (E.D. Ark. 2018) (collective), *with Bobo v. LM Wind Power Blades ND, Inc.*, No. 4:18-cv-230-DPM (E.D. Ark. 2018) (class).

The Court would appreciate clarifications and a revised proposed agreement tailored to the specifics of the parties' deal. To that end, please file under seal the mediation transcript with Magistrate Judge Volpe. № 25. Please also file a renewed motion to approve, and a joint report addressing the following:

- The Court never conditionally certified a collective or a class. Three people, however, filed opt-in forms that contemplate a collective. № 2 & № 10. So the group includes five people — Brown, Wilson, and three opt-ins. The proposed settlement, though, covers fifteen named people, with the possibility of more opt-ins. № 30-1 at 29; № 30-1 at 9. If folks beyond the named fifteen opt in, it's unclear what will happen dollar wise. Perhaps the parties know exactly how many workers are involved and have made a deal that will benefit every one of them. Please clarify.

- There's no class, but the proposal contains some opt-out provisions. *E.g.*, № 30-1 at 4. Later claims by those who opt out, though, are not barred. Please clarify.

- What will happen to the settlement fund if not everyone makes a claim?

- Does the proposed fee reflect an engagement-based percentage? If not, is it less or more than the time actually spent? Did it result from Magistrate Judge Volpe's efforts in mediation?

\* \* \*

Joint motion to approve, № 30, denied without prejudice. Renewed motion, revised proposed settlement agreement, transcript, and joint report due by 20 December 2019.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 November 2019