# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TRAVIS BROWN and TERRANCE WILSON,
Each Individually and on Behalf of All
Others Similarly Situated                                          PLAINTIFFS

v.                      No. 3:18-cv-134-DPM

STRACENER BROTHERS CONSTRUCTION
CORP.; N & M CONCRETE, LLC; NATO
ISLAS ARAGON; and MIGUEL ISLAS               DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 15 May 2020 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

23 December 2019