IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRAVIS BROWN and TERRANCE WILSON,
Each Individually and on Behalf of All
Others Similarly Situated                                    PLAINTIFFS

v.                        No. 3:18-cv-134-DPM

STRACENER BROTHERS CONSTRUCTION
CORP.; N & M CONCRETE, LLC; NATO
ISLAS ARAGON; and MIGUEL ISLAS                               DEFENDANTS

## AMENDED JUDGMENT

The complaint remains dismissed with prejudice. The Court extends its jurisdiction until 14 August 2020 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 April 2020